**MINUTE ENTRY**
**LEMELLE, J.**
**JUNE 21, 2017**

**JS-10: 01:30**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**LATASHA COOK, ET AL.**                                      **CIVIL ACTION**

**VERSUS**                                                    **NO. 16-11024**

**BOGALUSA CITY COURT, ET AL.**                               **SECTION "B" (5)**

### MOTION HEARING

Courtroom Deputy:   Isidore Grisoli
Court Reporter:     Cathy Pepper

APPEARANCES:   Sara Zampierin, Emily Early, Ivy Wang, Micah West,
                  Samuel J. Brooke, for plaintiff(s)
               Edward Dittmer, II, for defendant(s)

Court begins at 9:00 a.m.
Case called; all present and ready.
Counsel appear for the record.
Oral argument by the parties re Motion to Certify Class (Rec. Doc. No. 68).
See Court Order.

Court adjourned at 10:30 a.m.