**UNITED STATES DISTRICT COURT**
                     **EASTERN DISTRICT OF LOUISIANA**

**LATASHA COOK, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                                  **NO. 16-11024**

**BOGALUSA CITY COURT, ET AL.**                             **SECTION "B"(5)**

                         <u>**ORDER OF DISMISSAL**</u>

    Considering the "Joint Motion to (1) Approve Settlement Agreement, (2) Retain Jurisdiction to Enforce the Agreement, and (3) Dismiss Pursuant to Rule 41(a)(1)(A)(ii)" (Rec. Doc. 113),

    **IT IS ORDERED** that the motion is **GRANTED IN PART**;

    **IT IS FURTHERED ORDERED** that the Settlement Agreement attached to the parties' motion (Rec. Doc. 113-1) is approved;

    **IT IS FURTHER ORDERED** that the action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties, for a reasonable period of time. FED. R. CIV. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hosp. House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

    **IT IS FURTHER ORDERED** that all pending motions between the settling parties are **DISMISSED AS MOOT.**

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 5th day of September, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE